Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Cedric Armstrong

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ARMSTRONG, <br>     Plaintiff, <br><br>   vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:16-CV-02045-RAO <br><br> [~~PROPOSED~~] ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount FOUR THOUSAND FIVE HUNDRED AND TWNETY SIX DOLLARS ($4,526.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 14, 2018

                                                _____
                                                HONORABLE ROZELLA A. OLIVER
                                                UNITED STATES MAGISTRATE JUDGE